MARCELO A. DIEGUEZ, ESQ.   (SBN: 221951)
OMRI A. BEN-ARI, ESQ.   (SBN: 291517)
YALDA SATAR, ESQ.   (SBN: 304366)
**DiEFER LAW GROUP, P.C.**
34204 Pacific Coast Highway
Dana Point, California 92629
Telephone:   (949) 260-9131
Facsimile:   (949) 260-3235
E-mail:   litigation@dieferlaw.com

*Attorneys for Plaintiff CITLALLI ESCOBAR*

Hardy Ray Murphy, CA Bar No. 187149
hardy.murphy@ogletree.com
Tiffany S. Woods, CA Bar No. 257075
tiffany.woods@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Park Tower, Fifteenth Floor 695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

*Attorneys for Defendant Tractor Supply Co.*

JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITLALLI ESCOBAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRACTOR SUPPLY CO., a Delaware Corporation; and DOES 1<br><br>Defendants. | Case No.: 5:22−cv−00387−JGB−SP<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1

**ORDER**

2

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED that this matter

3

is dismissed with prejudice. The Clerk is directed to close this case.

4

5

6   Date:    January 9, 2023

7                                                   _____
                                                     Hon. Jesus G. Bernal